UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERRY MERRICK, ) | |
|     Plaintiff, ) | Case No. 08-00998 AJW |
|     v. ) | J U D G M E N T |
| MICHAEL J. ASTRUE, ) Commissioner of the Social ) Security Administration, ) | |
|     Defendant. ) | |

    **IT IS ADJUDGED** that the Commissioner's decision is reversed, and this case is remanded to the Commissioner for further administrative proceedings consistent with this memorandum of decision.

DATED: May 14, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge