1 Denise Bourgeois Haley
Attorney at Law: 143709
2 Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
3 Santa Fe Springs, California 90670
Tel.: (562) 868-5886
4 Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com
5
Attorneys for Plaintiff
6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 TERRY MERRICK,                      ) Case No.: CV 08-00998 AJW
                                      )
12         Plaintiff,                  ) ORDER AWARDING EQUAL
                                      ) ACCESS TO JUSTICE ACT
13    vs.                              ) ATTORNEY FEES PURSUANT TO
                                      ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                  )
   Commissioner of Social Security,   )
15                                     )
           Defendant.                  )
16 _____)

17    Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of

20 rights, the amount of four thousand seven hundred dollars and no cents

21 ($4,700.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

22 above-referenced Stipulation.

23 DATE:   August 24, 2009

24                              _____

25                              UNITED STATES MAGISTRATE JUDGE

26

-1-